IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEVI GUPTON, : | |
| *Plaintiff,* : | |
| : | CIVIL ACTION |
| v. : | NO. 17-3987 |
| : | |
| CITY OF PHILADELPHIA, et al., : | |
| *Defendants.* : | |

## ORDER

**AND NOW**, this 14th day of February, 2019, upon consideration of Defendants' Motion to Dismiss the Amended Complaint (ECF No. 14) and the Response in Opposition thereto (ECF No. 18), it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss is **GRANTED**.

2. The Amended Complaint is **DISMISSED** without prejudice.

3. Plaintiff is given leave to file a second amended complaint within <u>forty-five</u> days from the filing of this Order. Any second amended complaint should not reassert the same claims raised in the Complaint or Amended Complaint. Upon the filing of a second amended complaint, the Clerk shall not make service until so **ORDERED**.

4. The Clerk of Court is **DIRECTED** to send Plaintiff a blank form complaint to be used by a prisoner filing a civil rights action bearing the civil action number for this case. Plaintiff may use this form to prepare his second amended complaint.

5. If Plaintiff fails to file a second amended complaint within the time specified herein, his case may be dismissed for failure to prosecute without further notice.

                                              **BY THE COURT:**

                                              */s/ C. Darnell Jones, II*
                                              **C. DARNELL JONES, II  J.**